**William E. BROWN v. Margaret CLARK, No. 77-79**

March 8, 1979. Defendant's motion for permission to appeal is denied as not timely filed. V.R.A.P. 5(b).

**Leroy F. NULL v. Alden T. BRYAN, No. 84-79**

March 8, 1979. There being no setting forth of the reasons why there is no adequate remedy by appeal under the Rules of Appellate Procedure or by appeal or proceedings for extraordinary relief in the Superior Court, nor any showing of resort to the Superior Court as required by V.R.A.P. 21 (b), the complaint is dismissed.

**Howard STEINBERG, Harry Steinberg d/b/a Steinberg & Sons v. Edward and Helen DACRES, No. 332-77**

March 16, 1979. Appellant's Motion to Dismiss is granted.

**Alfred E. RATTEE v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 334-77**

March 16, 1979. Motion for Reargument is denied.

**David L. HOEFER and Patricia P. Hoefer v. TOWN OF BRATTLEBORO, No. 183-78**

March 16, 1979. Motion to deny appellee permission to be heard at oral argument is set for hearing at the time of argument.

**STATE of Vermont v. Marietta D. MILLER, No. 331-78**

March 16, 1979. Motion to reconsider dismissal of appeal for lack of jurisdiction is denied.

**Ruth Studer PECK, Eliot Peck and Margaret W. Stewart v. Bruce BRANT, No. 370-78**

March 16, 1979. Motion for Reargument is denied.

**Robert B. and Virginia B. HARVEY v. TOWN OF WAITSFIELD, No. 5-78**

March 22, 1979. Motion for Reargument having been filed by appellant, the appellee is requested to submit a response within a period of 10 days. V.R.A.P. 40.